IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **93-cr-358-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**WALTER KNIGHT,**

       Defendant.

## ORDER OF RECUSAL

Kane, J.

It appears that there is a conflict of interest for me in this matter, and therefore I must recuse. It is

**ORDERED** that case be randomly assigned to another judge.

Dated: January 30, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court